# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Galan-Reyes<br>*Plaintiff(s)*<br>v.<br>Kern, et al<br>*Defendant(s)* | )<br>)<br>) Case Number: 20-345-SMY<br>)<br>) |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for    Petitioner Omar Galan-Reyes

DATED: 04/14/2020

_____
Signature

Jacob S. Briskman
Name

2054 N. California Ave., Chicago, IL 60647
Address

312-945-6207
Phone Number

773-442-2117
Fax Number

jacob.briskman@gmail.com
E-Mail Address

Rev. 2/11